UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT, | CASE NO. EDCV 08-1377 VAP (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| A. HEDGPETH, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  February 29, 2012

VIRGINIA A. PHILLIPS
United States District Judge